IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. ENGLAND, ) | |
| ) | |
| Plaintiff(s), ) | No. C 06-5309 CRB (PR) |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| ALAMEDA COUNTY JAIL, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Per order filed on February 26, 2007, the court found that plaintiff's allegations that prison officials refuse to provide him with the specific treatment he wants to repair the nerves in his arm are not enough to state a claim for deliberate indifference under 42 U.S.C. § 1983. The court gave plaintiff 30 days to amend and, if possible, allege facts showing that he has received no treatment for his arm or that the treatment the prison doctors have chosen is medically unacceptable under the circumstances and that they chose this course in conscious disregard of an excessive risk to plaintiff's health. The court warned plaintiff that failure to file a proper amended complaint within the designated time would result in the dismissal of this action.

|   |   |
|---|---|
| 1 | More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. Plaintiff's prisoner action is DISMISSED for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A(b). |

More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. Plaintiff's prisoner action is DISMISSED for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A(b).

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: April 12, 2007

CHARLES R. BREYER
United States District Judge